# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. MJ-20-36-N
▇▇▇▇▇ that is stored at premises controlled by Oath, Inc., )
▇▇▇▇▇ )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

for further description, see Attachment A.

located in the ____Southern____ District of ____New York____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

The application is based on these facts:

☑ Continued on the attached sheet.
☑ Delayed notice of __90__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brian Kubas, SA, Treasury Inspector General for Tax Admin
*Printed name and title*

Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: *Sandra Rey*
Deputy Clerk

Sworn to before me ▇ attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: April 07, 2020

U.S. Magistrate Judge
Katherine P. Nelson

Digitally signed by U.S. Magistrate Judge Katherine P. Nelson
DN: cn=U.S. Magistrate Judge Katherine P. Nelson,
o=Federal Judiciary, ou=U.S. Government,
email=efile_nelson@alsd.uscourts.gov, c=US
Date: 2020.04.07 13:05:57 -06'00'

*Judge's signature*

City and state: Mobile, Alabama    KATHERINE P. NELSON, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A
**Property to Be Searched**

This warrant applies to information which is associated with the Oath, Inc. account identified by the following:

████████████████

which are stored at premises owned, maintained, controlled, or operated by Oath, Inc., 770 Broadway 4th, 5th, 6th and 9th Floor, New York, NY 10003.

# ATTACHMENT B

### Particular Things to be Seized and Procedures
### to Facilitate Execution of the Warrant

**I.      Information to be disclosed by Oath, Inc. to facilitate execution of the warrant**

To the extent that the information described in Attachment A is within the possession, custody, or control of by Oath, Inc., including any records that have been deleted but are still available to by Oath, Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), by Oath, Inc. is required to disclose the following information to the government corresponding to each account or identifier listed in Attachment A:

a.      For the time period dating from creation of the account to the present:  The contents of all communications, including but not limited to incoming, outgoing, and draft e-mails;

b.      Basic subscriber records regarding identification of the account, including names, addresses, telephone numbers, alternative e-mail addresses provided during registration, and current account status.

c.      For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

d.      Within **14 days** of the issuance of this warrant, PROVIDER shall deliver the information set forth above via United States mail, courier, or e-mail to the following:

TIGTA
Attn:  Special Agent Brian Kubas
417 20th Street North Suite 529
Birmingham, AL 35203
Brian.Kubas@tigta.treas.gov

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. § 1343 (wire fraud), as well as conspiracy to commit the foregoing offenses as described in the affidavit submitted in support of this Warrant, including, for each Account, information pertaining to the following matters:

(a) Information that constitutes evidence of the identification or location of the user(s) of the Account;

(b) Information that constitutes evidence concerning persons who either (i) collaborated, conspired, or assisted (knowingly or unknowingly) the commission of the criminal activity under investigation; or (ii) communicated with the Account about matters relating to the criminal activity under investigation, including records that help reveal their whereabouts;

(c) Information that constitutes evidence indicating the Account user's state of mind, *e.g.*, intent, absence of mistake, or evidence indicating preparation or planning, related to the criminal activity under investigation;

(d) Information that constitutes evidence concerning how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account user;

(e) Information that constitutes evidence concerning the obtaining and use of stolen personal identifying information ("PII");

(f) The use of such PII to commit other offenses.

### III. Government procedures for warrant execution

The United States government will conduct a search of the information produced by Oath, Inc. and determine which information is within the scope of the information to be seized specified in Section II.

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, **Brian Kubas,** being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information which is associated with Account:

▓▓▓▓▓▓▓▓▓▓▓▓

– which is stored at premises controlled by Oath, Inc., an electronic communications services provider and/or remote computing services provider which is headquartered at 770 Broadway 4th, 5th, 6th and 9th Floor, New York, NY 10003 and which accepts service via its Law Enforcement Online Submissions (LEOS) system. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Oath, Inc. to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

2. I am a Special Agent with the United States Treasury Inspector General for the Tax Administration ("TIGTA") and have been so employed since November of 2008. I am currently assigned to TIGTA's Southern Field Division (Birmingham, Alabama Post of Duty). My duties and responsibilities include investigations of fraud, waste, and abuse related to the Internal Revenue Service ("IRS"). My duties also include investigations of IRS personnel for criminal and administrative violations relating to Internal Revenue Laws (Title 26 of the United States Code)

and various criminal offenses related to Title 18 of the United States Code. My professional training includes completion of the Criminal Investigator Training Program ("CITP") at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. The CITP included training in the fields of Administrative Law, Federal Criminal Law, Courtroom Testimony, Evidence, Documentation, Report Writing, and Investigative Techniques. Prior to my employment with TIGTA, I worked as a Special Agent for the United States Naval Criminal Investigative Service ("NCIS") for approximately 6 ½ years.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1343 (wire fraud), as well as conspiracy to commit the foregoing offense, have been committed by ▮▮▮▮▮▮▮▮ using the account or identifier described in Attachment A. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment B.

## JURISDICTION

5. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

2

## BACKGROUND

6. Since October 2013, TIGTA has received reports of unsolicited fraudulent calls in which the callers impersonate IRS employees and defraud U.S. residents by misleading them into believing that they owe money to the IRS and will be arrested and fined if they do not pay their alleged back-taxes immediately. In a typical scenario, callers impersonating IRS employees contact victims and direct them to make payments via wire transfers and/or deposits into bank accounts, wire transfers to individuals using money transfer services (*e.g.* Western Union, MoneyGram, *etc.*), and/or to purchase pre-paid gift and/or debits cards (*e.g.* Green Dot, iTunes, Target, Best Buy, *etc.*) and provide the cards' numbers to the callers. Payments made via wire transfers and bank deposits are received by individuals, commonly referred to as runners, who retrieve the funds, sometimes under fake names and through the use of false identification documents. As part of the scam, the IRS impersonators sometimes provide e-mail addresses for the victims to send proof of the wire transfers, deposits, and/or gift card purchases. The IRS impersonators also use e-mail addresses to send information between themselves, including information on potential victims such as names, addresses, phone numbers, and other Personally Identifiable Information ("PII").

## PROBABLE CAUSE

3



**BACKGROUND CONCERNING PROVIDER'S ACCOUNTS**

11. In my training and experience, I have learned that Oath, Inc. provides a variety of on-line services, including electronic mail ("email") access, to the public. Oath, Inc. allows subscribers to obtain email accounts at the domain name "aol.com," like the email account listed in Attachment A. Subscribers obtain an account by registering with Oath, Inc. During the registration process, Oath, Inc. asks subscribers to provide basic personal information. Therefore, the computers of Oath, Inc. are likely to contain stored electronic communications (including retrieved and unretrieved email for Oath, Inc. subscribers) and information concerning subscribers and their use of Oath, Inc. services, such as account access information, email transaction information, and account application information. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

12. In general, user-generated content (such as email) that is written using, stored on, sent from, or sent to an Oath, Inc. account can be permanently stored in connection with that account, unless the subscriber deletes the material. For example, if the subscriber does not delete an email, the email can remain on Oath, Inc.'s servers indefinitely. Even if the subscriber deletes the email, it may continue to exist on Oath, Inc.'s servers for a certain period of time.

13. In summary, based on my training and experience in this context, I believe that the computers of Oath, Inc. are likely to contain user-generated content such as stored electronic communications (including retrieved and unretrieved email for Oath, Inc. subscribers) that may constitute evidence of the crimes under investigation.

## CONCLUSION

14. Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on Oath, Inc., who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

*Brian C. Kubas*

**Brian Kubas**
Special Agent
**Treasury Inspector General for Tax Administration**

Subscribed and sworn to before me this ___ day of ___, 2020.

U.S. Magistrate Judge
Katherine P. Nelson
UNITED STATES MAGISTRATE JUDGE

Digitally signed by U.S. Magistrate Judge Katherine P. Nelson
DN: cn=U.S. Magistrate Judge Katherine P. Nelson, o=Federal Judiciary, ou=U.S. Government, email=efile_nelson@alsd.uscourts.gov, c=US
Date: 2020.04.07 13:09:06 -05'00'

6

Case 1:20-mj-00036-NJ *SEALED* Document 1-2 Filed 04/07/20 Page 7 of 11
Case 1:20-mj-01086-MJ *SEALED* Document 4-1 Filed 04/07/20 Page 9 of 15 PageID #: 46
PageID #: 12

## ATTACHMENT A
**Property to Be Searched**

This warrant applies to information which is associated with the Oath, Inc. account identified by the following:

████████████████

which are stored at premises owned, maintained, controlled, or operated by Oath, Inc.**,** 770 Broadway 4th, 5th, 6th and 9th Floor, New York, NY 10003.

Case 1:20-mj-00036-N *SEALED* Document 1-2 Filed 04/07/20 Page 13 of 16
Case 1:20-mj-01086-MJ *SEALED* Document 4-3 Filed 04/07/20 Page 8 of 11 PageID #: 13
PageID #: 41

# ATTACHMENT B

## Particular Things to be Seized and Procedures to Facilitate Execution of the Warrant

**I. Information to be disclosed by Oath, Inc. to facilitate execution of the warrant**

To the extent that the information described in Attachment A is within the possession, custody, or control of by Oath, Inc., including any records that have been deleted but are still available to by Oath, Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), by Oath, Inc. is required to disclose the following information to the government corresponding to each account or identifier listed in Attachment A:

a. For the time period dating from creation of the account to the present: The contents of all communications, including but not limited to incoming, outgoing, and draft e-mails;

b. Basic subscriber records regarding identification of the account, including names, addresses, telephone numbers, alternative e-mail addresses provided during registration, and current account status.

c. For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

d. Within **14 days** of the issuance of this warrant, PROVIDER shall deliver the information set forth above via United States mail, courier, or e-mail to the following:

TIGTA
Attn: Special Agent Brian Kubas
417 20th Street North Suite 529
Birmingham, AL 35203
Brian.Kubas@tigta.treas.gov

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. § 1343 (wire fraud), as well as conspiracy to commit the foregoing offenses as described in the affidavit submitted in support of this Warrant, including, for each Account, information pertaining to the following matters:

(a) Information that constitutes evidence of the identification or location of the user(s) of the Account;

(b) Information that constitutes evidence concerning persons who either (i) collaborated, conspired, or assisted (knowingly or unknowingly) the commission of the criminal activity under investigation; or (ii) communicated with the Account about matters relating to the criminal activity under investigation, including records that help reveal their whereabouts;

(c) Information that constitutes evidence indicating the Account user's state of mind, *e.g.*, intent, absence of mistake, or evidence indicating preparation or planning, related to the criminal activity under investigation;

(d) Information that constitutes evidence concerning how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account user;

(e) Information that constitutes evidence concerning the obtaining and use of stolen personal identifying information ("PII");

(f) The use of such PII to commit other offenses.

2

### III. Government procedures for warrant execution

The United States government will conduct a search of the information produced by Oath, Inc. and determine which information is within the scope of the information to be seized specified in Section II.

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by _____ ("Oath, Inc."), and my title is _____. I am a custodian of records for Oath, Inc., and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

_____
[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of PROVIDER, and they were made by Oath, Inc. as a regular practice; and

b. such records were generated by Oath, Inc.'s electronic process or system that produces an accurate result, to wit:

   1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Oath, Inc. in a manner to ensure that they are true duplicates of the original records; and

   2. the process or system is regularly verified by Oath, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____
Date                                Signature